Charlie Knight, Alias Babe Knight, *Plaintiff in Error,*
v. State of Florida, *Defendant in Error.*

Division A.

Opinion Filed November 7, 1927.

*McGeachy & Bryan,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *Roy Campbell,*
Assistant, for the State.

Ellis, C. J.—Charlie Knight was indicted, tried and con-
victed for keeping and maintaining a gambling room for
the purpose of gaming and gambling. The statute which
denounces the offense is Sec. 5499, Revised General
Statutes.

A reversal of the judgment is sought upon the grounds
that the evidence, which consisted of the events which
transpired on a certain night at the house kept by Knight,
was not sufficient to convict him of the offense charged,
because the element of frequency or repetition of such
events transpiring in that house was lacking. The point
is duly presented.

The point is not well taken. The judgment should be
affirmed. See Ransom v. State, 26 Fla. 364, 7 South. Rep.
860.

Judgment affirmed.

STRUM AND BROWN, J. J., concur.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur in the opinion.